KELVIN D. ANDERSON, Appellant, v YOUNG & RUBICAM, Respondent.

Submitted January 11, 2010; decided June 8, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. The order affirming the denial of the CPLR 4404 motion to set aside the verdict does not finally determine the action (*see Cuadrado v New York City Tr. Auth.*, 14 NY3d 748 [2010]).